UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| SHANDON DEATHERAGE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Case No. 4:19-cv-00809-Y |
| | ) |
| CAPITAL ONE BANK (USA), N.A., | ) |
| | ) |
|    Defendant. | ) |

## NOTICE OF SETTLEMENT

Plaintiff, SHANDON DEATHERAGE, ("Plaintiff"), through his attorney, Agruss Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

DATED: November 7, 2019      By: /s/ Michael S. Agruss
                                             Michael S. Agruss
                                             IL State Bar #: 6281600
                                             Agruss Law Firm, LLC
                                             4809 N. Ravenswood Ave.
                                             Suite 419
                                             Chicago, IL 60640
                                             Tel: 312-224-4695
                                             Fax: 312-253-4451
                                             michael@agrusslawfirm.com
                                             Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

    On November 7, 2019, I filed the Notice of Settlement with the Clerk of the U.S. District. I emailed a copy of the Notice of Settlement to Defense counsel.

By: /s/ Michael S. Agruss  
SBN: 6281600  
Michael S. Agruss
