IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SHANDON DEATHERAGE | § | |
| | § | |
| VS. | § | ACTION NO. 4:19-CV-809-Y |
| | § | |
| CAPITAL ONE BANK (USA), N.A. | § | |

FINAL JUDGMENT

In accordance with the Notice of Voluntary Dismissal filed on November 15, 2019, and Federal Rule of Civil Procedure 58, all claims are hereby DISMISSED WITH PREJUDICE to their refiling. All costs of Court under 28 U.S.C. § 1920 shall be borne as agreed by the parties, or, if no agreement has been reached, by the party incurring them.

SIGNED January 28, 2020.

/s/ Terry R. Means
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

FINAL JUDGMENT - Page Solo
TRM/chr